IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DONDRA A. PARKER                                            PLAINTIFF

v.                      CIVIL NO. 17-05195

NANCY A. BERRYHILL                                  DEFENDANT
Acting Commissioner, Social Security Administration

## **JUDGMENT**

For reasons stated in a memorandum opinion of this date, the Court hereby affirms the decision of the Commissioner and dismisses Plaintiff's case with prejudice. **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

**IT IS SO ORDERED AND ADJUDGED this 2nd day of October, 2018.**

                                                 /s/ *Erin L. Wiedemann*
                                                 HON. ERIN L. WIEDEMANN
                                                 UNITED STATES MAGISTRATE JUDGE